DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OSVALDO LOPEZ,**
Appellant,

v.

**FLORIDA POWER & LIGHT COMPANY,** a Florida Corporation,
Appellee.

No. 4D2023-0113

[August 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2016-CA-013120-XXXX-MB.

Roy D. Wasson of Wasson & Associates, Chartered, Miami, and Mark Packo of GED Lawyers, LLC, Boca Raton, for appellant.

Stuart Harold Singer, Sashi Bach, and Eric M. Palmer of Boies Schiller Flexner LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***